IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| WILLIAM FREDERICK THEOBALD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v ) <br> ) <br> BEECH MOUNTAIN RESORT, INC., ) <br> d/b/a SKI BEECH, a North Carolina ) <br> Corporation, ) <br> ) <br> Defendant. ) | CIVIL NO. 1:07-CV-238 |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motions for admission *pro hac vice* (#4) (#5) of Paul Jon Layne and Carlos E. Silva of the law firm of Silva & Silva, P.A., 236 Valencia Avenue, Coral Gables, FL 33134, 305-445-0011, to appear as counsel for the plaintiff in this matter filed on July 10, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motions are **ALLOWED**, and that Paul Jon Layne and Carlos E. Silva are hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: July 13, 2007

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge